

Daniel S. Alter
*Partner*
dalter@abramslaw.com

April 3, 2023

**BY ECF**

Hon. Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals
for the Second Circuit
40 Foley Square
New York, New York 10007
Email: civilcases@ca2.uscourts.gov

      Re:    *Zivkovic v. Laura Christy LLC, Dkt. No. 22-1558 (2d Cir.)*

Dear Ms. O'Hagan Wolfe:

      This firm represents appellants in the above-referenced appeal, and I write respectfully to update the Court on the status of appellants' pending motion in the district court pursuant to Fed. R. Civ. P. 59 for a new trial ("Rule 59 Motion"). The Rule 59 Motion was fully submitted to the district court on August 15, 2022, and it remains under consideration by Judge Wood. Appellants therefore respectfully request that the stay of this appeal remain in place until the Rule 59 Motion has been decided.

      Respectfully submitted,

      ABRAMS FENSTERMAN, LLP

      By:  /s/ Daniel S. Alter
           Daniel S. Alter, Partner
           *Counsel for Appellants*

Cc:    All counsel by ECF