## UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

### MOTION INFORMATION STATEMENT

**Docket Number(s):** Civ. Dkt. No. 22-1558

**Caption [use short title]**

**Motion for:** Order Expediting Appeal

**Set forth below precise, complete statement of relief sought:**

Appellants seek to expedite the appeal because appellant David Ghatanfard has been diagnosed with stage-four metastatic cancer.

Zivkovic v. Laura Christy LLC

**MOVING PARTY:** Laura Christy LLC, Laura Christy Midtown LLC, David Ghatanfard
**OPPOSING PARTY:** Pavle Zivkovic, et. al.

☐ Plaintiff  ☐ Defendant
☑ Appellant/Petitioner  ☐ Appellee/Respondent

**MOVING ATTORNEY:** Daniel S. Alter
**OPPOSING ATTORNEY:** Lucas C. Buzzard

[name of attorney, with firm, address, phone number and e-mail]

Abrams Fensterman LLP
81 Main Street, Suite 400, White Plains, NY 10601
(914) 607-7010 / dalter@abramslaw.com

Joseph & Kirschenbaum LLP
32 Broadway, Suite 601, New York, NY 10004
(212) 688-5640 / lucas@jk-llp.com

**Court-Judge/Agency appealed from:** S.D.N.Y./Hon. Gregory H. Woods

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes  ☐ No (explain): 

Opposing counsel's position on motion:
☐ Unopposed  ☑ Opposed  ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☑ No  ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?  ☐ Yes  ☐ No
Has this relief been previously sought in this court?  ☐ Yes  ☐ No
Requested return date and explanation of emergency: 

Is oral argument on motion requested?  ☐ Yes  ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes  ☑ No  If yes, enter date: 

**Signature of Moving Attorney:**
_[signature]_  **Date:** September 5, 2023  **Service by:** ☑ CM/ECF  ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
-------------------------------------------------------x

Zivkovic v. Laura Christies LLC           Civ. Dkt. No. 22-1558

-------------------------------------------------------x

## MOTION TO EXPEDITE APPEAL

Pursuant to Rule 2 of the Federal Rules of Appellate Procedure, defendants-appellants Laura Christy LLC d/b/a Valbella, Laura Christie Midtown LLC, and David Ghatanfard ("David") (collectively, "Appellants") respectfully submit this motion to expedite the above-captioned appeal. *See Empower Texans, Inc. v. Geren*, 977 F.3d 367, 372 (5th Cir. 2020) (citing Fed. R. App. P. 2 as authority for expediting appeal). Appellants seek such relief because, in August 2023, David was diagnosed with stage-four metastatic cancer. He has already started an aggressive regimen of medical therapies, which, themselves, are significantly debilitating.[1] Consequently, and quite abruptly, time has become an acute concern for David.

This appeal challenges a partial judgment of the United States District Court for the Southern District of New York (Hon. Gregory H. Woods, *J.*) (the "Partial Judgment"), which awarded a plaintiff class of restaurant workers ("Appellees") more than $5,000,000 in damages, legal fees, and costs for purported violations of *New York State* minimum wage rules. As demonstrated in Appellants' main brief, filed in this Court on August 23, 2023 ("Appellants' Brief"), Appellees *never* earned less than minimum wage while working for Appellants. To the contrary, for their labor as food servers at two premier Manhattan steakhouses, Appellees received multiples of the minimum wage required by New York law. They were very well compensated.

---

[1]      *See* Declaration of Daniel S. Alter, dated September 5, 2023 ("Alter Dec."), Exh. A.

The Partial Judgment is thus the unfathomable result of several drastic errors committed by the district court. Again, as fully explained in Appellants' Brief, the district court: (1) improperly exercised jurisdiction *solely* over Appellees' *state-law* claims; (2) misinterpreted a state statute that should have given Appellants a complete affirmative defense; and (3) excluded highly relevant evidence of Appellants' good faith that was crucial to establishing another affirmative defense. And because Appellants were unable to post a bond while the district court considered their new trial motion for *ten* months, Appellees have pressed forward with judgment collection.

Because of David's present medical condition and his related inability to defend himself at this time, Appellants moved in the district court on August 31, 2023, for a stay of all judgment enforcement proceedings. *See* Fed. R. App. P. 8(a)(1). The district court has set October 20, 2023, as the return date for that motion. *See* Alter Dec., Exh. B. As a corollary to that motion, and in hopes of a quicker resolution in this Court, Appellants now respectfully request that the instant appeal be expedited. *See U.S. v. Sassano*, 293 Fed. App'x 100, 100 n.1 (2d Cir. 2008) (noting "medical condition" as a basis for expediting appeal).

## CONCLUSION

Appellants' motion to expedite this appeal should be granted.

Dated: White Plains, New York
September 5, 2023

Respectfully submitted,

By: _____
Daniel S. Alter
ABRAMS FENSTERMAN, LLP
81 Main Street, Suite 400
White Plains, New York 10601
*Attorneys for Appellants-Movants*

2

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
---------------------------------------------------------x

Zivkovic v. Laura Christy LLC            Civ. Dkt. No. 22-1558

---------------------------------------------------------x

## DECLARATION OF DANIEL S. ALTER

       Pursuant to 28 U.S.C. § 1746, and under the penalty of perjury, Daniel S. Alter declares as follows:

       1.      I am a partner in the law firm Abrams, Fensterman, LLP, attorneys for Appellants in the above-captioned appeal. I make this declaration in support of Appellants' motion to expedite the instant appeal.

       2.      Attached as Exhibit A is a true and correct copy of the Declaration of David Ghatanfard, dated August 31, 2023, and filed in the United States District Court for the Southern District of New York that same day in support of Appellants' motion in that court to stay judgment enforcement proceedings.

       3.      Attached as Exhibit B is a true and correct copy of the order to show cause entered by the Court on September 1, 2023, in *Zivkovic v. Laura Christy LLC, et al.*, 17 Civ. 553 (GHW) (S.D.N.Y.).

Dated: White Plains, New York
        September 5, 2023

                                                        _____
                                                        Daniel S. Alter

**EXHIBIT A**

**Harold Salant Strassfield & Rotbard**
**Attorneys for Defendant Laura Christy Midtown LLC**
**81 Main Street**
**White Plains, NY 10601**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAVLE ZIVKOVIC, on behalf of himself and others similarly situated,<br><br>Plaintiffs,<br><br>- against -<br><br>LAURA CHRISTY LLC d/b/a VALBELLA, LAURA CHRISTY MIDTOWN LLC, DAVID GHATANFARD, and GENO LUCA,<br><br>Defendants. | 17-CV-00553 (GHW)<br><br><br><br>DECLARATION OF DAVID GHATANFARD |

Pursuant to 28 U.S.C. § 1746, and under the penalty of perjury, David Ghatanfard declares as follows:

1. I am a defendant in the above-captioned action. I submit this declaration in support of the motion by defendants Laura Christy LLC d/b/a Valbella, Laura Christy Midtown LLC, and me (collectively, "Movants") for a stay pending appeal of all enforcement proceedings, including discovery, that plaintiffs ("Class Plaintiffs") have undertaken in connection with the partial judgment entered in this case on July 4, 2023 ("Partial Judgment").

2. In early August 2023, I was diagnosed as having stage four metastatic cancer. I have begun an aggressive regimen of anti-cancer therapies. My doctors have informed me that, during treatment, I should expect to feel significantly debilitated in regard to both physical stamina and mental concentration as well as unable fully to participate in the continuing defense of this litigation. They have also advised me that ongoing emotional stress during treatment can

3.  Those very serious considerations have caused me to seek a stay, pending appeal, of all enforcement proceedings commenced by Class Plaintiffs to enforce the Partial Judgment.

Dated:   August 31, 2023

By: _____
DAVID GHATANFARD

# EXHIBIT B

**Leonard Spielberg**
**Harold Salant Strassfield & Rotbard**
**81 Main Street**
**White Plains, NY 10601**
**(914) 625-6775**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/1/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PAVLE ZIVKOVIC, on behalf of himself and others similarly situated,

                                              Plaintiffs,

- against -

LAURA CHRISTY LLC d/b/a VALBELLA, LAURA CHRISTY MIDTOWN LLC, DAVID GHATANFARD, and GENO LUCA,

                                              Defendants.

No. 17-cv-553-GHW

**ORDER TO SHOW CAUSE FOR EMERGENCY STAY OF JUDGMENT ENFORCEMENT PROCEEDINGS**

---

Upon the emergency application of defendants Laura Christy LLC d/b/a Valbella, Laura Christy Midtown LLC, and David Ghatanfard (collectively, "Movants") for an immediate stay pending appeal of all enforcement proceedings commenced by class plaintiffs ("Class Plaintiffs") in connection with the partial judgment entered by the Court in the above-captioned action on July 4, 2023 ("Partial Judgment"), and upon the accompanying memorandum of law and supporting declarations of: (i) David Ghatanfard, dated August 31, 2023; and Leonard Spielberg, Esq., dated August 31, 2023, together with accompanying exhibits (collectively, the "Declarations"), it is

ORDERED that Class Plaintiffs shall file a written response to Movants' application for an order to show cause of no more than 25 pages by no later than September 15, 2023; Movants' reply, if any, shall consist of no more than 10 pages and must be filed by September 22, 2023; it is further

ORDERED that Class Plaintiffs show cause before the Honorable Gregory H. Woods, United States District Judge for the Southern District of New York, in Courtroom 12C, United States Courthouse, 500 Pearl Street, New York, New York 10007, on October 20, 2023, at 2:00 p.m, or as soon thereafter as counsel may be heard why an order should not be entered pursuant to Rule 62(b) of the Federal Rules of Civil Procedure staying all judgment enforcement proceedings undertaken by Class Plaintiffs in connection with the Partial Judgment pending appeal; and it is further

ORDERED, that on or before September 5, 2023, the Movants shall serve this order to show cause and the supporting memorandum of law and Declarations upon counsel for Class Plaintiffs, Joseph & Kirschenbaum LLP, 32 Broadway, Suite 601, New York, New York 10004, Attn: Lucas C. Buzzard, Esq., by ECF, in addition to service by email, which shall be deemed good and sufficient service.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 474.

SO ORDERED.

Dated: September 1, 2023

New York, New York

GREGORY H. WOODS  
United States District Judge