

**White Plains**
81 Main Street, Suite 400
White Plains, NY 10601
914.607.7010 | P
info@abramslaw.com | E

Long Island · Brooklyn · White Plains · Rochester · Albany · Manhattan

Daniel S. Alter
*Partner*
dalter@abramslaw.com

November 14, 2023

**BY ECF**

Hon. Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals
for the Second Circuit
40 Foley Square
New York, New York 10007
Email: civilcases@ca2.uscourts.gov

      Re:    *Zivkovic v. Laura Christy LLC*, Dkt. No. 22-1558 (2d Cir.)

Dear Ms. O'Hagan Wolfe:

      This firm represents appellants in the above-referenced *expedited* appeal. I write respectfully to advise the Court that yesterday, November 13, 2023, appellant David Ghatanfard filed for bankruptcy relief in the United States Bankruptcy Court for the Southern District of New York. For the Court's convenience, a copy of Mr. Ghatanfard's certificate of filing is included with the letter.

      By order dated September 20, 2023, and in consideration of Mr. Ghatanfard's serious medical condition, this Court expedited the appeal and confirmed that appellees' brief would be due on November 20, 2023. To curtail any delay resulting from Mr. Ghatanfard's bankruptcy filing, appellant yesterday requested that appellees stipulate to the Bankruptcy Court's prompt entry of a lift-stay order. Inexplicably, appellees have refused to do so.

      The multimillion-dollar judgment challenged by this appeal is at the epicenter of appellant's bankruptcy, and this Court's expedited review is urgently required. Accordingly, appellant will quickly request the Bankruptcy Court for relief from the automatic stay so that all parties and this

Court can promptly move forward.  We shall keep your office apprised of all related developments.

                        Respectfully submitted,

                        ABRAMS FENSTERMAN, LLP

          By: _____
                          Daniel S. Alter
                        *Counsel for Appellants*

Cc:    All counsel by ECF

Encl.

2

United States Bankruptcy Court
Southern District of New York

# Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 11/13/2023 at 07:20 AM and filed on 11/13/2023.

**Davoud Ghatanfard**
1133 Warburton Avenue, #505N
Yonkers, NY 10701
SSN / ITIN: xxx-xx-9034
*aka* **David Ghatanfard**

The case was filed by the debtor's attorney:

**Anne J. Penachio**
Penachio Malara LLP
245 Main Street
Suite 450
White Plains, NY 10601
(914) 946-2889

The case was assigned case number 23-22840-shl to Judge Sean H. Lane.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://ecf.nysb.uscourts.gov or at the Clerk's Office, 300 Quarropas Street, White Plains, NY 10601.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

Vito Genna
Clerk, U.S. Bankruptcy Court

| PACER Service Center |
|---|
| Transaction Receipt |

| 11/13/2023 12:13:41 | | | |
|---|---|---|---|
| PACER Login: | fmalara245 | Client Code: | |
| Description: | Notice of Filing | Search Criteria: | 23-22840-shl |
| Billable Pages: | 1 | Cost: | 0.10 |