JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

Charles Joseph
D. Maimon Kirschenbaum
Denise Schulman
Josef Nussbaum
Lucas C. Buzzard
Michael DiGiulio
Leah M. Seliger

32 Broadway, Suite 601
New York, NY 10004
Phone (212) 688-5640
Fax (212) 688-2548
www.jk-llp.com

November 14, 2023

**VIA ECF**

Catherine O'Hagen Wolfe
Clerk of Court
United States Court of Appeals
For the Second Circuit
40 Foley Square
New York, NY 10007

   *Re:*  *Zivkovic v. Laura Christy LLC, et al.,*
      **Dkt No. : 22-1558**

Dear Ms. O'Hagen Wolfe,

  This firm represents Plaintiffs-Appellees in the above-referenced appeal. We write to respectfully inform the Court that yesterday, November 13, 2023, one of the Defendant-Appellants in this matter, David Ghatanfard, informed the district court below that he had filed for bankruptcy in the United States Bankruptcy Court for the Southern District of New York. *See* Ex. A (Letter).

  Based on our research, the automatic bankruptcy stay issued pursuant to 11 U.S.C. §§ 362 and 541 applies to this appeal as Mr. Ghatanfard is a defendant in the underlying action, which was brought against him. *See In re New York Stock Exch. Arbitration*, 943 F.2d 249, 250 (2d Cir. 1991); *Commerzanstalt v. Telewide Sys.*, 790 F.2d 206, 207 (2d Cir. 1986). As Appellees' brief is currently due on November 22, 2023, Appellees respectfully request an expeditious confirmation as to whether this appeal is stayed pursuant to the automatic bankruptcy stay.

  We thank the Court for its time and attention to this matter.

               Respectfully,

                /s/Lucas C. Buzzard
               Lucas C. Buzzard

# EXHIBIT A

# PENACHIO MALARA, LLP

## ATTORNEYS AT LAW

**245 Main Street, Suite 450**
**White Plains, New York 10601**

FRANCIS J. MALARA*
ANNE J. PENACHIO*
───────────────────
JENNIFER RAGGO, Paralegal
────────────────────────────────
*Also admitted in CT

Telephone (914) 946-2889
Facsimile (914) 206-4884
www.pmlawllp.com

frank@pmlawllp.com
anne@pmlawllp.com
jraggo@pmlawllp.com

November 13, 2023

**Electronically Filed**

The Honorable Gregory H. Woods
District Court Judge, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re: Zivkovic v. Laura Christy LLC et al
    Case No.: 17-cv-00553 (GHW)

Dear Judge Woods:

    I serve as bankruptcy counsel to David Ghatanfard, a defendant in the above-referenced action. I am writing to advise the Court the Mr. Ghatanfard filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code this morning. Attached is proof of filing.

    Pursuant to 11 U.S.C. §§ 362 and 541, the automatic stay applies to further proceedings before this Court including all judgment enforcement proceeding and discovery in aid of judgment enforcement.

                                                   Respectfully,

                                                   */s/Anne Penachio*

                                                 Anne Penachio

Cc:    Lucas Buzzard, Esq. lucas@jk-llp.com
          Yosef Nussbaum, Esq. jnussbaum@jhllp.com
          Michael Gordon, Esq. mgordon@bakerlaw.com
          Neil Comer, Esq. comeresq@aol.com
          Amanda Maguire, Esq. amaguire@dsblawny.com

1

United States Bankruptcy Court
Southern District of New York

# Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 11/13/2023 at 07:20 AM and filed on 11/13/2023.

**Davoud Ghatanfard**
1133 Warburton Avenue, #505N
Yonkers, NY 10701
SSN / ITIN: xxx-xx-9034
*aka* **David Ghatanfard**



FILED
11/13/2023
07:20 AM

The case was filed by the debtor's attorney:

**Anne J. Penachio**
Penachio Malara LLP
245 Main Street
Suite 450
White Plains, NY 10601
(914) 946-2889

The case was assigned case number 23-22840-shl to Judge Sean H. Lane.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://ecf.nysb.uscourts.gov or at the Clerk's Office, 300 Quarropas Street, White Plains, NY 10601.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Vito Genna**
**Clerk, U.S. Bankruptcy Court**

| PACER Service Center |
|---|
| Transaction Receipt |

| 11/13/2023 12:13:41 | | | |
|---|---|---|---|
| **PACER Login:** | fmalara245 | **Client Code:** | |
| **Description:** | Notice of Filing | **Search Criteria:** | 23-22840-shl |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |