# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of November, two thousand twenty-three.

| | |
|---|---|
| Pavle Zivkovic, on behalf of himself and others similarly situated, Vojislav Knezevic, Ulas Geckil, Arben Buqaj, Imram Shonar, Adrian Celmeta, Alejandra C. Rindon, Rafael Moctesuma, Jesus Espinosa, Diana Martha Michos, Fernando Marin, Julia Boyadjan, Ricardo Sanchez, Ulas Konca, | **ORDER**<br><br>Docket No. 22-1558 |

      Plaintiffs-Appellees,

v.

Laura Christy LLC, DBA Valbella, Laura Christy Midtown LLC, David Ghatanfard, Genco Luca,

      Defendants-Appellants.

By letter filed November 14, 2023, Appellant David Ghatanfard advised this Court that he filed a bankruptcy proceeding in the United States Bankruptcy Court for the Southern District of New York on November 13, 2023.

In accordance with the stay provisions of the Bankruptcy Code, 11 U.S.C. § 362,

It is hereby ORDERED that this appeal is stayed.

Appellant is directed to inform this Court, in writing, as to the status of the automatic stay, within 14 days of the date of this order, thereafter at 30-day intervals, and immediately when the stay is lifted or when there are other developments in the bankruptcy proceeding which permit this matter to proceed or otherwise be resolved.

    For the Court:
    Catherine O'Hagan Wolfe,
    Clerk of Court

