

White Plains
81 Main Street, Suite 400
White Plains, NY 10601
914.607.7010 | P
info@abramslaw.com | E

Long Island · Brooklyn · White Plains · Rochester · Albany · Manhattan

Daniel S. Alter
*Partner*
dalter@abramslaw.com

May 10, 2024

**BY ECF**

Hon. Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals
for the Second Circuit
40 Foley Square
New York, New York 10007
Email: civilcases@ca2.uscourts.gov

    Re:    *Zivkovic v. Laura Christy LLC*, Dkt. No. 22-1558 (2d Cir.)

Dear Ms. O'Hagan Wolfe:

    I write respectfully in response to the letter filed with the Court today by Neil Berger, Esq., counsel to the Chapter 7 Interim Bankruptcy Trustee for appellant Laura Christy Midtown LLC ("LCM Trustee"). Unfortunately, as the Court must have been, I was surprised to learn from Mr. Berger's letter that the LCM Trustee was unaware of and had not approved the letter brief filed by this firm on behalf of the Restaurant Defendants on May 7, 2024 ("Letter Brief").

    When I received Mr. Berger's letter, I contacted LCM's bankruptcy counsel to investigate the basis for his objection. Bankruptcy counsel advised me that, as early as April 29, 2024, and then again on May 2, 2024, she had informed the LCM Trustee by email of the status of the district court and appellate proceedings in this matter (including this Court's directive regarding the Letter Brief) and suggested that he contact her or me to discuss any appellate issues.

    Because the LCM Trustee did not raise any concerns about the recent proceedings in the district court or filing the Letter Brief with bankruptcy counsel, she believed that he had no objections to moving forward with the appeal. In short, I was never advised that the LCM Trustee had not approved the Letter Brief's filing, and I would not have filed it on LCM's behalf without having first resolved that issue. I regret the failure of communication that has caused this further delay and apologize for any disruption that it may have caused.[1]

---

[1]     Bankruptcy counsel advised me today that, before May 7, 2024, she had similarly contacted Yann Geron, Esq., the Chapter 7 Interim Bankruptcy Trustee for appellant David Ghatanfard, by

The Court should be aware that this firm *still* represents appellant Laura Christy LLC, which is *not* in bankruptcy and therefore not subject to the control of any trustee.

Respectfully submitted,

ABRAMS FENSTERMAN, LLP

By: _____
Daniel S. Alter
*Counsel for Appellants*

Cc: All counsel by ECF
Yann Geron, Esq. by email
Anne Penachio, Esq. by email

---

email about the status of the pending appeal and that he likewise did not raise any issues or concerns with her in regard to moving forward.