

White Plains
81 Main Street, Suite 400
White Plains, NY 10601
914.607.7010 | P
info@abramslaw.com | E

Long Island · Brooklyn · White Plains · Rochester · Albany · Manhattan

Daniel S. Alter
*Partner*
dalter@abramslaw.com

May 20, 2024

**BY ECF**

Hon. Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals
for the Second Circuit
40 Foley Square
New York, New York 10007
Email: civilcases@ca2.uscourts.gov

  Re: *Zivkovic v. Laura Christy LLC*, Dkt. No. 22-1558 (2d Cir.)

Dear Ms. O'Hagan Wolfe:

  On behalf of appellant Laura Christy LLC, I write respectfully in brief response to the letter filed with the Court on May 17, 2024 ("May 17 Letter") by Neil Berger, Esq., counsel to the Chapter 7 Interim Bankruptcy Trustee for appellant Laura Christy Midtown LLC and the Interim Bankruptcy Trustee for David Ghatanfard, Yann Geron, Esq. (collectively, the "Trustees"). I wish to make the following brief points:

1. Like the LCM Trustee's letter to the Court, dated May 10, 2024, the May 17 Letter improperly seeks relief without a motion. *See* Fed. R. App. P. 27(a)(1). Therefore, it, too, is procedurally defective and should be rejected.

2. The May 17 letter requests that the Court postpone deciding this appeal for *six months* so that the Trustees can "investigate" and "familiarize" themselves with the case, try to settle it, or "maximize . . . an *efficient administration of this appeal*." May 17 Letter at 1-2 (emphasis added).

  The Trustees do not need *six months* to learn this case, and their request for such a lengthy period is a transparent attempt at using illness and delay to cram down a settlement on *all* the Restaurant Defendants. Laura Christy LLC will not consider settling until after this appeal is decided.

  Further, as "newly appointed fiduciaries," the Trustees should have every interest in the

prompt resolution of the appeal that could relieve their debtors of the very liability that drove them into bankruptcy. May 17 Letter at 1. If the Trustees truly hope to oversee an "efficient administration of this appeal" – which was argued more than three months ago – they would simply let this Court do its work. *Id.* at 2.

Respectfully submitted,

ABRAMS FENSTERMAN, LLP

By: _____
Daniel S. Alter
*Counsel for Appellants*

Cc: All counsel by ECF
Yann Geron, Esq. by email
Anne Penachio, Esq. by email

2