

White Plains
81 Main Street, Suite 400
White Plains, NY 10601
914.607.7010 | P
info@abramslaw.com | E

Long Island · Brooklyn · White Plains · Rochester · Albany · Manhattan

Daniel S. Alter
*Partner*
dalter@abramslaw.com

January 15, 2025

**BY ECF**

Hon. Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals
for the Second Circuit
40 Foley Square
New York, New York 10007
Email: civilcases@ca2.uscourts.gov

  **Re:** *Zivkovic v. Laura Christy LLC*, Dkt. No. 22-1558 (2d Cir.)

Dear Ms. O'Hagan Wolfe:

  Pursuant to Federal Rule of Appellate Procedure 28(j), I write respectfully on behalf of appellant Laura Christy LLC to alert the Court to a relevant decision issued today by the United States Supreme Court in *Royal Canin U.S.A., Inc. v. Wullschleger*, 604 U.S. ___, 2025 WL 96212 (U.S. Jan. 15, 2025). Section II of that decision discusses the application of 28 U.S.C. § 1367(c), which is directly applicable to this appeal.

       Respectfully submitted,

       ABRAMS FENSTERMAN, LLP

By: _____
       Daniel S. Alter
    *Counsel for Appellant Laura Christy LLC*

Cc: All counsel by ECF