# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of May, two thousand twenty-five.

---

| | |
|---|---|
| Pavle Zivkovic, on behalf of himself and others similarly situated, Vojislav Knezevic, Ulas Geckil, Arben Buqaj, Imram Shonar, Adrian Celmeta, Alejandra C. Rindon, Rafael Moctesuma, Jesus Espinosa, Diana Martha Michos, Fernando Marin, Julia Boyadjan, Ricardo Sanchez, Ulas Konca, | **ORDER**<br><br>Docket No. 22-1558 |

       Plaintiffs-Appellees,

Vito Avella,

       Plaintiff,

v.

Laura Christy LLC, DBA Valbella, Laura Christy Midtown LLC, David Ghatanfard, Genco Luca,

       Defendants-Appellants.

---

    IT IS HEREBY ORDERED that the Court's mandate is recalled, and this appeal is reinstated.

                                                      For the Court:
                                                      Catherine O'Hagan Wolfe,
                                                      Clerk of Court